ACCEPTED
12-15-00075-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/7/2015 5:14:07 PM
Pam Estes
CLERK

NO. 12-15-00075-CR

IN THE

TWELFTH COURT OF APPEALS

TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/7/2015 5:14:07 PM
PAM ESTES
Clerk

CHARLES BLAKE DEFORE, Appellant

VS.

THE STATE OF TEXAS, Appellee

**STATE'S MOTION TO
EXTEND TIME FOR FILING STATE'S BRIEF**

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW**, the State of Texas by and through her 1st Assistant Criminal District Attorney, Scott C. Holden, and hereby requests an extension of the time period for the filing of the State's Brief and in support of same would show the court as follows:

1. Appellant's brief was filed with this honorable Court on September 7, 2015.

2. The State's Brief is due on or before October 7, 2015.

3. This is the State's first request for an extension.

4. This assistant district attorney has prepared for a trial for the offenses of Burglary of a Habitation during the week of September 28, 2015 and prosecuted the same trial on the week of October 5, 2015.

5. This assistant district attorney also prepared for and presented cases to the Grand Jury

today, October 7, 2015

6.    Due to the above circumstances, the undersigned will not be able to complete the State's brief by the current due date. The undersigned is not seeking this extension for the purposes of delay.

WHEREFORE, for the foregoing reasons, the State respectfully prays that this Honorable Court extend the time for filing the State's brief in this cause for 9 days making the due date approximately October 16, 2015.

Respectfully submitted by,

SCOTT C. HOLDEN,
1st AST. CRIMINAL DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Extend Time for filing State's

Brief has been sent to Colin McFall, this the 7th day of October, 2015.

SCOTT C. HOLDEN,
ASSISTANT DISTRICT ATTORNEY
ANDERSON COUNTY COURTHOUSE
500 N. CHURCH STREET
PALESTINE, TX 75801
(903) 723-7400
TBC#24036795

THE STATE OF TEXAS                §
                                  §
COUNTY OF ANDERSON                §

## AFFIDAVIT

Before me the undersigned authority, on this day personally appeared **SCOTT C. HOLDEN**

who states on oath that the facts contained in the State's Motion for Extension of Time to File Brief

in <u>Charles Blake Defore vs. The State of Texas</u>, (Trial Court Cause No. 31077 in the Third Judicial

District Court of Anderson County), Case No. **12-15-00075-CR** in the Twelfth Court of Appeals,

Tyler, Texas are true and correct to the best of my knowledge.

**SCOTT C. HOLDEN, ASSISTANT**
**CRIMINAL DISTRICT ATTORNEY**
**ANDERSON COUNTY COURTHOUSE**
**500 N. CHURCH STREET**
**PALESTINE, TX 75801**
**(903) 723-7400**
**TBC#24036795**

Given under my hand and seal of office this the ___7___ day of October, 2015.

BILLIE J. YATES
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
11-13-2018

MY COMMISSION EXPIRES:

**NOTARY PUBLIC**
**FOR THE STATE OF TEXAS**
**COUNTY OF ANDERSON**

___11/13/18___.